# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA CONE SELENSKY, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 08-0173-WS-C |
| STATE OF ALABAMA, | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** with prejudice.

**DONE** this 3rd day of July, 2008.

s/William H. Steele
**UNITED STATES DISTRICT JUDGE**